## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Angelo Iafrate, Sr., Dominic Iafrate, Angelo E. Iafrate, and Angelo Iafrate Sr. as trustee of The John Iafrate Irrevocable Trust u/a/d 1/1/1988, | Case No. 18-cv-11150 Hon. Arthur J. Tarnow |
| Plaintiffs, | |
| v. | |
| Angelo Iafrate, Inc. and Robert Adcock | |
| Defendants. | |

_____/

| | |
|---|---|
| Christopher A. Andreoff (P10193) | Brian D. Wassom (P60381) |
| Eric A. Linden (P33249) | Laura N. You (P60381) |
| Patrice S. Arend (P56962) | Warner Norcross & Judd LLP |
| Jaffe Raitt Heuer & Weiss, P.C. | 2000 Town Center, Suite 2700 |
| 27777 Franklin Road, Suite 2500 | Southfield, MI 48075 |
| Southfield, MI 48034 | (248) 784-5039 |
| (248) 351-3000 | bwassom@wnj.com |
| candreoff@jaffelaw.com | lyou@wnj.com |
| elinden@jaffelaw.com | *Attorneys for Angelo Iafrate, Inc.* |
| parend@jaffelaw.com | |
| *Attorneys for Plaintiffs* | |
| | Matthew P. Allen (P57914) |
| | Jeffrey A. Crapko (P78487) |
| | Miller Canfield |
| | 840 W. Long Lake Road, Suite 150 |
| | Troy, MI 48098 |
| | (248) 879-2000 |
| | allen@millercanfield.com |
| | crapko@millercanfield.com |
| | *Attorneys for Robert Adcock* |

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS'**
**AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that:

1. Plaintiffs filed an Amended Complaint on July 5, 2018, thereby mooting Defendants' pending motion to dismiss, as reflected by this Court's Order of July 10, 2018.

2. On July 17, 2018, Defendant Robert Adcock retained Miller Canfield as his counsel for this matter.

3. Prior to Miller Canfield's retention, the parties had agreed to allow an additional 14 days for Defendants' to respond to Plaintiffs' First Amended Complaint, making the current response date August 2, 2018.

4. Given that Miller Canfield has just been retained, Miller Canfield requires additional time to meet with Defendant Adcock, review the relevant documents, instruments, and pleadings pertaining to this matter, and prepare a response.

5. Mr. Adcock therefore requests a 45-day extension of the current deadline to respond to Plaintiffs' First Amended Complaint.  This would make Defendants' response due by September 19, 2018.  Plaintiffs do not oppose Mr. Adcock's request.

6. Mr. Adcock therefore respectfully requests that the Court enter the attached proposed order reflecting this extension.

IT IS SO STIPULATED.

| | |
|---|---|
| s/Matthew P. Allen | s/Eric Linden (w/ consent) |
| Matthew P. Allen (P57914) | Christopher A. Andreoff (P10193) |
| Jeffrey A. Crapko (P78487) | Eric A. Linden (P33249) |
| Miller Canfield Paddock & Stone PLC | Patrice S. Arend (P56962) |
| 840 West Long Lake Road, Suite 150 | Jaffe Raitt Heuer & Weiss, P.C. |
| Troy, Michigan 48098 | 27777 Franklin Road, Suite 2500 |
| *Attorneys for Robert Adcock* | Southfield, MI 48034 |
| | *Attorneys for Plaintiffs* |
| | |
| | s/Brian D Wassom (w/ consent) |
| | Brian D. Wassom (P60381) |
| | Laura N. You (P60381) |
| | Warner Norcross & Judd LLP |
| | 2000 Town Center, Suite 2700 |
| | Southfield, MI 48075 |
| | *Attorneys for Angelo Iafrate, Inc.* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Angelo Iafrate, Sr., Dominic
Iafrate, Angelo E. Iafrate, and
Angelo Iafrate Sr. as trustee of
The John Iafrate Irrevocable Trust
u/a/d 1/1/1988,

    Plaintiffs,

v.

Angelo Iafrate, Inc. and
Robert Adcock

    Defendants.

Case No. 18-cv-11150
Hon. Arthur J. Tarnow

_____/

| | |
|---|---|
| Christopher A. Andreoff (P10193) | Brian D. Wassom (P60381) |
| Eric A. Linden (P33249) | Laura N. You (P60381) |
| Patrice S. Arend (P56962) | Warner Norcross & Judd LLP |
| Jaffe Raitt Heuer & Weiss, P.C. | 2000 Town Center, Suite 2700 |
| 27777 Franklin Road, Suite 2500 | Southfield, MI  48075 |
| Southfield, MI  48034 | (248) 784-5039 |
| (248) 351-3000 | bwassom@wnj.com |
| candreoff@jaffelaw.com | lyou@wnj.com |
| elinden@jaffelaw.com | *Attorneys for Angelo Iafrate, Inc.* |
| parend@jaffelaw.com | |
| *Attorneys for Plaintiffs* | |

Matthew Allen (P
Jeffrey A. Crapko (P
Miller Canfield
840 W. Long Lake Road, Suite 150
Troy, MI  48098
(248) 879-2000
allen@millercanfield.com
crapko@millercanfield.com
*Attorneys for Robert Adcock*

# **ORDER**

Upon review of the filed Stipulation to Extend Time to Respond to Plaintiffs' Amended Complaint entered into by and between the parties;

IT IS HEREBY ORDERED that Defendants will receive a 45-day extension of time to respond to Plaintiffs' First Amended Complaint, making their response due by September 19, 2018.

s/Arthur J. Tarnow  
United States District Court Judge  
Arthur J. Tarnow

Dated: July 19, 2018