UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Angelo Iafrate, Sr., Dominic
Iafrate, Angelo E. Iafrate, and
Angelo Iafrate Sr. as trustee of
the John Iafrate Irrevocable Trust          Case No. 2:18-cv-11150-AJT-RSW
u/a/d 1/1/1988,                             Hon. Arthur J. Tarnow

          Plaintiffs,

v.

Angelo Iafrate, Inc. and
Robert Adcock,

          Defendants.

_____

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Sixth Circuit from the order granting in part Defendants' motion to dismiss (Dkt. 47) and judgment (Dkt. 48) entered on April 25, 2019, as amended by order dated May 2, 2019 (Dkt. 49), and the order denying reconsideration dated May 16, 2019 (Dkt. 51).

          JAFFE RAITT HEUER & WEISS, P.C.

          By: /s/ James W. Rose
              James W. Rose (P66473)
              Christopher A. Andreoff (P10193)
              Jaffe Raitt Heuer & Weiss, P.C.
              27777 Franklin Road, Suite 2500
              Southfield, MI 48034
              (248) 351-3000

Dated: May 31, 2019

## **CERTIFICATE OF SERVICE**

 James W. Rose certifies that on May 31, 2019 he filed the forgoing papers with the ECF system for service on all counsel of record.

           /s/*James W. Rose*
           James W. Rose (P66473)