# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 23, 2020

Re:  Case No. 19-1631, *Angelo E. Iafrate, et al v. Angelo Iafrate, Inc., et al*
Originating Case No. : 2:18-cv-11150

Dear Counsel,

The Court issued the enclosed Order today in this case. Please note the corrected caption that should be used when filing documents with this Court.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc: Mr. David J. Weaver

Enclosure

Case No. 19-1631

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ANGELO E. IAFRATE, Individually and in his capacity as personal executor/representative of the estate of Angelo Iafrate, Sr. and as successor co-trustee of the trust; DOMINIC IAFRATE; REBECCA IAFRATE, as successor co-trustee of the trust

    Plaintiffs - Appellants

v.

ANGELO IAFRATE, INC.; ROBERT ADCOCK

    Defendants - Appellees

Upon consideration of the appellant's motion for substitution of parties,

It is ORDERED tha the motion be and it hereby is GRANTED. Angelo Iafrate, Sr. has been replaced by Angelo E. Iafrate and Rebecca Iafrate has been added as an appellant.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: January 23, 2020